UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| DONALD RAHM, MARK LAJEUNESSE, MAURICE GOYETTE, JOSEPH P. GROSS, CHRISTOPHER SPRARAGEN and SIMEON HUNSDON, as Trustees of the I.B.E.W. Local 236 Pension Fund, I.B.E.W., Local 236 Health and Benefit Fund and I.B.E.W. Local 236 Annuity Fund and I.B.E.W., Local 236, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| Plaintiffs, | Civil Action No.: 13-CV-01187 |
| -against- | GTS/RFT |
| NORTHERN INSTRUMENTATION, INC. and ALAN ETHIER, | |
| Defendants. | |

_____

TO: NORTHERN INSTRUMENTATION, INC. and ALAN ETHIER, Defendant.

**PLEASE TAKE NOTICE**, that no Answer or Motion for Summary Judgment addressed to the Complaint having been served or filed on behalf of the Defendants in the above-entitled action, and upon payment by Defendants of the sums demanded in the Complaint, the Plaintiffs hereby voluntarily dismiss the above-entitled action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: November 4, 2013

| | |
|---|---|
| **IT IS SO ORDERED:** | POZEFSKY, BRAMLEY & MURPHY |
| _/s/ Frederick J. Scullin_ | By: /s/ WILLIAM POZEFSKY, ESQ. |
| **Frederick J. Scullin, Jr.** | Attorneys for Plaintiffs |
| **Senior U.S. District Judge** | Bar Roll No.: 102388 |
| | 90 State Street, Suite 1405 |
| **Dated:** November 5, 2013 | Albany, New York 12207 |
| **Syracuse, NY** | Telephone: (518) 434-2622 |
| | Facsimile: (518) 434-0048 |
| | E-mail: wpozefsky@pbmlaw.net |

C:\FileServer\2013\Client Disc\L236 (49)\Northern Instrumentation\Stipulation of Voluntary Dismissal.wpd